IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. SHAREHOLDER DERIVATIVE LITIGATION | C.A. No. 24-00403-MN (consolidated with C.A. No. 24-00758-MN) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 23.1(c) and Rule 41(a), the Parties[1] to this action (the "Derivative Action"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 11, 2025, the Defendants filed a motion to dismiss the second amended complaint in the Derivative Action;

WHEREAS, the Parties have further met and conferred, and have agreed to voluntarily dismiss this Derivative Action on the terms listed below; and

WHEREAS, the Parties respectfully submit that contemporaneous notice to shareholders concerning the dismissal is unnecessary to protect the interests of Uber Technologies, Inc. or its shareholders for the following reasons: (i) Plaintiffs seek dismissal without prejudice; (ii) there has been no settlement or compromise between the Parties nor attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received nor will receive any consideration from Defendants for the dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

---

[1] "Parties" refers to plaintiffs Feghali Foods Inc. PSP and Rohit Jain ("Plaintiffs") and the individual defendants Dara Khosrowshahi, Ronald Sugar, Ursula Burns, Wan Ling Martello, John Thain, David Trujillo, Amanda Ginsberg, Robert Eckert, Revathi Advaithi, Alexander Wynaendts, Yasir Al-Rumayyan, Nikki Krishnamurthy, and Nelson Chai, along with nominal defendant Uber Technologies, Inc. ("Defendants").

undersigned counsel for the respective Parties, subject to approval of the Court, as follows:

1. This Derivative Action is dismissed without prejudice.

2. Plaintiffs and Defendants shall each bear their owns costs and attorneys' fees incurred in this Derivative Action.

3. Notice of this dismissal to shareholders is not required.

Respectfully submitted on this 25th day of March 2025.

| Of Counsel for the Plaintiffs: | /s/ Christopher H. Lyons |
|---|---|
| | Christopher H. Lyons (#5493) |
| ROBBINS LLP | Tayler D. Bolton (#6640) |
| Brian J. Robbins | ROBBINS GELLER RUDMAN |
| Kevin A. Seely | & DOWD LLP |
| Grant M. Klasna | 1521 Concord Pike, Suite 301 |
| 5060 Shoreham Place, Suite 300 | Wilmington, DE 19803 |
| San Diego, CA 92122 | Telephone: (302) 467-2660 |
| Telephone: (619) 525-3990 | clyons@rgrdlaw.com |
| brobbins@robbinsllp.com | tbolton@rgrdlaw.com |
| kseely@robbinsllp.com | |
| gklasna@robbinsllp.com | *Liaison Counsel for Plaintiffs* |
| | |
| JOHNSON FISTEL, LLP | |
| Michael I. Fistel, Jr. (*pro hac vice*) | |
| Mary Ellen Conner (*pro hac vice*) | |
| 40 Powder Springs Street | |
| Marietta, GA 30064 | |
| Telephone: (470) 632-6000 | |
| michaelf@johnsonfistel.com | |
| maryellenc@johnsonfistel.com | |

| Of Counsel for the Individual Defendants: | /s/ Robert L. Burns |
|---|---|
| | Robert L. Burns (#5314) |
| Daniel H.R. Laguardia (admitted *pro hac vice*) | Alexandra M. Ewing (#6407) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| Samuel A. Stuckey (admitted *pro hac vice*) | One Rodney Square |
| ALLEN OVERY SHEARMAN STERLING US LLP | 920 N. King Street |
| 599 Lexington Avenue | Wilmington, DE 19801 |
| New York, NY 10019 | Telephone: (302) 651-7700 |
| Telephone: (212) 848-4000 | burns@rlf.com |
| | ewing@rlf.com |

2

daniel.laguardia@aoshearman.com
sam.stuckey@aoshearman.com

Lyle Roberts (admitted *pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
401 9th Street NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
lyle.roberts@aoshearman.com

*Counsel for Defendants Dara Khosrowshahi, Ronald Sugar, Ursula Burns, Wan Ling Martello, John Thain, David Trujillo, Amanda Ginsberg, Robert Eckert, Revathi Advaithi, Alexander Wynaendts, Yasir Al-Rumayyan, Nikki Krishnamurthy, and Nelson Chai, and Nominal Defendant Uber Technologies, Inc.*

Of Counsel for Nominal Defendant Uber Technologies, Inc.:

Howard S. Suskin (admitted *pro hac vice*)
Gabriel K. Gillett (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
hsuskin@jenner.com
ggillett@jenner.com

Dated: March 25, 2025

IT IS SO ORDERED this 26th day of March 2025.

_____
The Honorable Maryellen Noreika
United States District Judge

3